IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MANETIONY CLERVRAIN, and ) | |
| FRANCIS COBBINA OSEI-FOSU, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:22-cv-05-HEH |
| ) | |
| RICHARD L. ANDERSON, *et al.*, ) | |
| Defendants. ) | |

## ORDER
(Denying Plaintiffs' Motion to Proceed *In Forma Pauperis*)

THIS MATTER is before the Court on Manetiony Clervrain and Francis Cobbina Osei-Fosu's (*pro se* "Plaintiffs") Short-Form Application to Proceed *In Forma Pauperis*, filed on January 4, 2022. (ECF No. 1.) While the form lists both Plaintiffs, only Plaintiff Francis Cobbina Osei-Fosu signed the affidavit. Plaintiffs used the "short form" and failed to provide enough information regarding their income for the Court to determine their ability to pay. Thus, the Court cannot adequately assess Plaintiffs' ability to pay the filing fee required. Accordingly, Plaintiffs' Motion to Proceed *In Forma Pauperis* is DENIED WITHOUT PREJUDICE.

Since the defects in Plaintiffs' motion could be corrected if they each completed and signed the U.S. District Court for the Eastern District of Virginia's Motion to Proceed *In Forma Pauperis* and Financial Affidavit form in its entirety, the Court directs the Clerk's Office to send Plaintiffs copies of the form along with a copy of this Order. Plaintiffs are notified that, in order to successfully file their Complaint, they must complete and sign the Motion to Proceed *In Forma Pauperis* and Financial Affidavit, or

1

in the alternative, pay the Court's filing fee, before Plaintiffs' Complaint can be docketed. Accordingly, the Plaintiffs have thirty (30) days to complete the proper form or pay the Court's filing fee.

The Clerk is directed to send a copy of this Order to Plaintiffs, who are *pro se*.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: February 8, 2022
Richmond, VA