IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MANETIONY CLERVRAIN, and )
FRANCIS COBBINA OSEI-FOSU, )
      Plaintiffs, )
       )
v. )   Civil Action No. 3:22-cv-05-HEH
       )
RICHARD L. ANDERSON, *et al.*, )
      Defendants. )

## ORDER
(Directing Plaintiffs to Refile their *In Forma Pauperis Form*
and Attach Complaint)

THIS MATTER is before the Court on Manetiony Clervrain and Francis Cobbina Osei-Fosu's (*pro se* "Plaintiffs") Motion for Leave to Proceed *In Forma Pauperis*, filed on March 28, 2022. (ECF No. 10.) Previously, Plaintiffs filed a Short-Form Application to Proceed *In Forma Pauperis* (ECF No. 1), which the Court dismissed because only one Plaintiff signed the form and they failed to provide enough information regarding their income for the Court to determine their ability to pay. (Order, ECF No. 2). In that Order, issued February 8, 2022, the Court gave Plaintiffs 30 days to adequately complete the Application to Proceed *In Forma Pauperis* or pay the filing fee. (*Id.*)

Although Plaintiffs attempted to file seven Motions within 30 days of the Order, they failed to file a proper Application to Proceed *In Forma Pauperis* in that time.[1] Rather, Plaintiffs filed a second Application to Proceed *In Forma Pauperis* on March 28,

---

[1] The various Motions were marked as "Received" rather than filed because Plaintiffs had not been granted *In Forma Pauperis* status nor paid the filing fee. (ECF Nos. 3–9.)

1

2022. (ECF No. 10.) Not only was the Application filed outside of the timeframe dictated by the Court, but it was again only signed by one Plaintiff and seemingly only provided financial information for that one Plaintiff. (*Id.*) Additionally, Plaintiffs did not attach the Complaint to the new Motion for Leave to Proceed *In Forma Pauperis*.

Because Plaintiffs have failed to follow the Court's directions, the Motion for Leave to Proceed *In Forma Pauperis* is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to Plaintiffs, who are *pro se*.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: April 11, 2022
Richmond, VA